United States District Court
Southern District of Texas
**ENTERED**
August 08, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARIO MENA ROMAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-5399 |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

On July 6, 2026, Mario Mena Roman filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1). The court ordered the government to answer the petition. (Docket Entry No. 7). The government responded by filing a Motion to Dismiss Petition for Writ of Habeas Corpus as Moot (Docket Entry No. 8), arguing that the petitioner was removed from the United States on July 5, 2026, and thus the petition is moot following the petitioner's removal from the United States. The motion to dismiss (Docket Entry No. 8) is **granted**. This case is **dismissed without prejudice** as moot.

SIGNED on August 4, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge